**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CEDRICK JONES,

VS CASE NO. 4:14cv15-RH/CAS

CAPITAL TRANSPORTATION INC.,

# JUDGMENT

This action came before the Court and a jury with the Honorable Robert L. Hinkle presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff Cedrick Jones recover from the defendant Captial Transportation Inc., the amount of Fifty-Three Thousand Five Hundred Dollars ($53,500.00) in compensatory damages and One Hundred Ninety-Six Thousand Five Hundred Dollars ($196,500.00) in punitive damages for a total of Two Hundred Fifty Thousand Dollars ($250,000.00).

JESSICA J. LYUBLANOVITS
CLERK OF COURT

February 17, 2015
DATE

s/ Elizabeth Lawrence
Deputy Clerk: Elizabeth Lawrence