**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

CEDRICK JONES,

Plaintiff,

v. CASE NO. 4:14cv15-RH/CAS

CAPITAL TRANSPORTATION INC.,

Defendant.

_________________________________/

**ORDER EXPLAINING ENTRY OF THE AMENDED ORDER UPHOLDING THE JURY VERDICT**

An amended order has been entered upholding the jury verdict. The only change is correction of an error. The next-to-last word on page 13 of the original order was "not." The amended order deletes that word.

SO ORDERED on October 16, 2015.

s/Robert L. Hinkle
United States District Judge