UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRICK JONES,

Plaintiff,

vs. CASE NO. 4:14cv15-RH-CAS

CAPITAL TRANSPORTATION INC,

Defendant.
_______________________________/

## TAXATION OF COSTS BY CLERK

Judgment was entered in favor of the Plaintiff and against Defendant in the above entitled action on February 17, 2015. A Bill of Costs (doc. 109) by Plaintiff was filed, with objections filed by Defendant (doc. 111). The undersigned hereby taxes costs as follows in accordance with this court's administrative order dated September 21, 2004 titled "Allowable Items in Taxation of Cost:"

| | |
|---|---|
| **Fees of the Clerk** | **$0.00** |
| **Fees for service of summons and subpoena** | **$192.63** |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | **$1,810.75** |
| **Fees and disbursements for printing** | **$0.00** |
| **Fees for witnesses** | **$429.66** |
| **Fees for exemplification and the cost of making copies of any materials where the copies are necessarily obtained for use in the case** | **$0.00** |
| **Docket fees under 28 USC 1923** | **$0.00** |

| | |
|---|---|
| **Costs as shown on Mandate of Court of Appeals** | **$0.00** |
| **Compensation of court-appointed experts** | **$0.00** |
| **Compensation of interpreters and costs of special interpretation services under 28 USC 1828** | **$0.00** |
| **Other costs** | **$0.00** |
| **TOTAL COSTS TAXED** | **$2,433.04** |

In accordance with the above, costs are hereby taxed against Defendant in the amount of **$2,433.04** for all of which sum let execution issue, and made a part of the Judgment entered on February 17, 2015.

Done this 4th day of February, 2016, at Pensacola, Florida.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

By: *s/ Travis D. Green*
Resident Deputy-in-Charge
Pensacola Division